[Doc. Nos. 10, 11]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **RICHARD A. THOMAS,** : <br> : <br> **PLAINTIFF,** : <br> : <br> v. : <br> : <br> **DELAWARE RIVER** : <br> **PORT AUTHORITY (DRPA), et al.,** : <br> : <br> **DEFENDANTS.** : <br> _____ : | Civil No. 10-5514 (JS) |

**ORDER**

This matter is before the Court on the "Motion for Summary Judgment" [Doc. No. 10] filed by defendants Delaware River Port Authority ("DRPA") and Patrolman Robert Sexton ("Sexton") (collectively, "defendants"), and the "Cross Motion for Partial Summary Judgment on Liability" [Doc. No. 11] filed by plaintiff Richard A. Thomas ("plaintiff"); and the Court having received the parties' opposition briefs [Doc. Nos. 11, 12]; and the Court having held oral argument; and good cause existing for the entry of this Order; and for all the reasons set forth in the accompanying Memorandum Opinion,

IT IS on this 14th day of December, 2011, hereby

ORDERED that defendant DRPA's "Motion for Summary Judgment" [Doc. No. 10] is GRANTED; and

IT IS FURTHER ORDERED that defendants' "Motion for Summary Judgment" is DENIED in all other respects; and

IT IS FURTHER ORDERED that plaintiff's "Cross Motion for Partial Summary Judgment on Liability" [Doc. No. 11] is DENIED.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge